NO. 07-07-0303-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

OCTOBER 2, 2007
_____

GARY ZARS DBA GARY'S POOL AND PATIO STORE, APPELLANT

V.

JEREMY AND BRANDI BROWNLOW, APPELLEES
_____

FROM THE COUNTY COURT AT LAW OF HAYS COUNTY;

NO. 8877-C; HONORABLE HOWARD S. WARNER, JUDGE
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

**ON NOTICE OF FILING BANKRUPTCY**

On September 27, 2007, appellant Gary Zars filed a Notice of Filing Bankruptcy in this appeal. A copy of his Notice of Bankruptcy Case Filing in the United States Bankruptcy Court for the Western Division of Texas was attached to the notice, indicating that the bankruptcy case was filed with the bankruptcy court on or about September 18, 2007.

Pursuant to Texas Rule of Appellate Procedure 8, this appeal is suspended until further order of this court. The parties are directed to advise the clerk of this court of any

change in the status of appellant Gary Zars' bankruptcy proceeding which would affect the status of this appeal, including but not limited to the filing of a Motion to Reinstate. Tex. R. App. P. 8.3.

It is so ordered.

Per Curiam